United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 8, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———

No. 07-40331
Conference Calendar

———

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

MARLON EFRAIN CASTRO-ALVARENGA, also known as Marlon Efrain Castro, also known as Marlon Castro

Defendant-Appellant

———

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:06-CR-1025-1

———

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Marlon Efrain Castro-Alvarenga raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.